441 A.2d 449

Commonwealth v. Valentine, Appellant.

Petition for Allowance of Appeal Denied Feb. 18, 1982.

Submitted March 3, 1981. Melvin B. Goldstein, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

The judgment of sentence of the lower court is affirmed.